IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROBERT F. ZACHARIASIEWICZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:19-cv-00055 (RDA/JFA) |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This matter came before the Court on Plaintiff's First Motion for Reconsideration [Dkt. 46] pursuant to Federal Rule of Civil Procedure Rule 59(e).

"Rule 59(e) provides that a court may alter or amend the judgment if the movant shows either (1) an intervening change in the controlling law, (2) new evidence that was not available at trial, or (3) that there has been a clear error of law or a manifest injustice." *Robinson v. Wix Filtration Corp. LLC*, 599 F.3d 403, 407 (4th Cir. 2010) (citing *Ingle ex rel. Estate of Ingle v. Yelton*, 439 F.3d 191, 197 (4th Cir. 2006)). "A party's mere disagreement with the court's ruling does not warrant a Rule 59(e) motion." *Smith v. Donahoe*, 917 F. Supp.2d 562, 572 (E.D.Va. 2013). "Moreover, reconsideration of a judgment after its entry is an 'extraordinary remedy which should be used sparingly.'" *Projects Management Co. v. DynCorp Intern., LLC*, 17 F.Supp.3d 539, 541 (E.D.Va. 2014) (quoting *Pacific Ins. Co. v. Am. Nat'l Fire Ins. Co.*, 148 F.3d 396, 403 (4th Cir. 1998)).

Plaintiff does not assert that reconsideration lies for either of the first two factors, only that the Court committed a "clear error of law" or should remedy "a manifest injustice." *Robinson*, 599 F.3d at 407. The Court has reviewed the briefs submitted by the

parties and has considered the arguments in accordance with the aforementioned standard of review. Ultimately, the Court is unpersuaded that the judgment entered on August 7, 2019, should be amended, reconsidered, or otherwise altered on either of those grounds.

Accordingly, Plaintiff's First Motion for Reconsideration is **DENIED**.

It is SO ORDERED.

Alexandria, Virginia
September 26, 2019

/s/
Rossie D. Alston, Jr.
United States District Judge

/s/
Rossie D. Alston, Jr.
United States District Judge